UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Armando Vasquez Reyes,<br><br>             Plaintiff<br><br>  v.<br><br>NDOC, et al.,<br><br>             Defendants | Case No. 2:23-cv-01831-CDS-EJY<br><br>**Order Denying Plaintiff's Motion for Production of Documents**<br><br>[ECF No. 7] |

On February 8, 2024, I dismissed plaintiff Armando Vasquez Reyes' claims without prejudice and closed this case because Reyes failed to pay the $402 filing fee or file an application to proceed *in forma pauperis*. On July 19, 2024, Reyes filed a motion for production of documents. ECF No. 7. Because this case is closed, Reyes' motion is denied. As I explained in my dismissal order, if Reyes wishes to pursue his claims, "he must file a complaint in a new case and either pay the required filing fee or properly apply for *in forma pauperis* status."

**Conclusion**

It is therefore ordered that Reyes' motion for production of documents **[ECF No. 7] is DENIED.**

It is further ordered that the Clerk of the Court include a courtesy copy of the Court's dismissal order (ECF No. 4).

Dated: August 7, 2024

_____
Cristina D. Silva
United States District Judge